IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MEGEE, | No. C 11-04105 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| FEDERAL EXPRESS, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 16, 2012</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>June 29, 2012</u>.

DESIGNATION OF EXPERTS: <u>7/2/12</u>; REBUTTAL: <u>7/13/12</u>.
	Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>July 31, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>8/3/12</u>;

	Opp. Due <u>8/17/12</u>;  Reply Due <u>8/24/12</u>;

	 and set for hearing no later than <u>September 7, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>October 2, 2012</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>October 15, 2012</u> at <u>8:30 AM.</u>,
	Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program.  The mediation session shall occur in May 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/5/11

SUSAN ILLSTON
United States District Judge